# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**TYRONE WASHINGTON**                                                                 **PLAINTIFF**

**V.**                          **CASE NO. 5:13CV00017-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                    **DEFENDANT**

## JUDGMENT

In accordance with the Court's findings of fact and conclusions of law following oral argument by counsel at a hearing held on January 30, 2014, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is remanded for reconsideration.

The ruling of the Commissioner is remanded for a proper evaluation of the Plaintiff's residual functional capacity.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g).

So ordered this 3rd day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

Case 5:13-cv-00017-BD   Document 27   Filed 02/03/14   Page 2 of 2